United States Bankruptcy Court

Western District of Texas

In re:  Symphony Society of San Antonio

Case No.   22-50656

Chapter   7

            Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____06/16/2022_____

/s/ Corey Cowart
_____
Signature of Individual signing on behalf of debtor

Executive Director
_____
Position or relationship to debtor

1199666 ONTARIO INC.
Attn: Mrs. Lois Burdett
43 North Pointe Drive
Stratford, ON N5A8C3

ACCOUNTEMPS
P.O. Box 743295
Los Angeles, CA 90074-3295

Adams, David
414 Cliffside Dr
Shavano Park, TX 78231

ADECCO EMPLOYMENT SERVICES
Dept. Ch. 14091
Palatine, IL 60055

Adler, Rachel
2334 Fountain Way
San Antonio, TX 78248

Adrian, Erle
6 Sisterdale Rd
Boerne, TX 78006

Agoston, Laura
100 Lorenz Rd
Apt 603
San Antonio, TX 78209

ALAMO BARTER CORP
10151 I-H 35 NORTH
SUITE A
San Antonio, TX 78233-6618

ALAMO COLLEGES DISTRICT
Attn: Accounts Receivable
811 W. Houston Street, Room 2017
San Antonio, TX 78207-3033

Alaniz, Maricela
8318 Timber Bough ST
San Antonio, TX 78250

ALDRIGE, LILLIAN
644 Settlers Lane
Bandera, TX 78003

Allen, George
10 Michelangelo
San Antonio, TX 78258

Amaya, Alex
3303 Prince George Dr
San Antonio, TX 78230-3929

AMERICAN FEDERATION OF MUSICIANS -
EMPLOYERS
14 Penn Plaza
12th Floor
New York, NY 10122

Anderson, Nancy
300 E Basse Rd
Apt 1315
San Antonio, TX 78209

Archer, Marian
134 Cardinal Ave
San Antonio, TX 78209-4436

Arechiga, Dennis
P.O. Box 15714
San Antonio, TX 78212

ARTS JOURNAL NEWS
300 QUEEN ANNE AVENUE NORTH
SEATTLE, WA 98109

ASCAP
21678 Network Place
Chicago, IL 60673

Asher, Brian
11822 Brandon Oaks
San Antonio, TX 78253

Ashton, W.
10510 Mount Marcy
San Antonio, TX 78213

Atkeson, Cooper
412 Charles St
Kerrville, TX 78028

Awbrey, Stuart
4001 N. New Braunfels
San Antonio, TX 78209

BACHMAN, LINDA M
11 Morgans Bluff
San Antonio, TX 78216

Badash, Kate
700 East Hildebrand
San Antonio, TX 78212

Bailey, Sanda
9102 Regal St
San Antonio, TX 78216

Baird, Scott
15234 Fall Place Dr
San Antonio, TX 78247

Baker, Jana
213 Hibiscus Lane
San Antonio, TX 78213

Barner, Robert
5645 Camp Bullis Rd
San Antonio, TX 78257

Barrera, Gabriela
25317 Mesquite Hollow Drive
San Antonio, TX 78255

Bec, John
2922 Sky Cliff Street
San Antonio, TX 78231

Belitsos, Karen
16331 Axis Trail
San Antonio, TX 78232

Bell, Walter
603 Tanglebriar Ln
Apt C
San Antonio, TX 78209

BELMONT MUSIC PUBLISHERS
1221 BIENVENEDA AVE.
Pacific Palisades, CA 90272

BENDER, CHARLES R.
7806 Misty Park St.
San Antonio, TX 78250

BENIGNO, ANDREW
117 Blue Sage Lane
Cibolo, TX 78108

BENJAMIN, LEE
7970 Fredericksburg Rd
Suite 101 Box 134
San Antonio, TX 78229

BERCHIN, RICHARD
8217 Windway Dr
San Antonio, TX 78239

Berton, Celeste
4310 Clearspring Dr
San Antonio, TX 78217

Biechlin, Robert
312 Bluffcrest
San Antonio, TX 78216

Binka, June
3201 McHenry
San Antonio, TX 78239

Blackburn, Loretta
15707 Eagle Cliff St.
San Antonio, TX 78232

Blank, Steven
340 Terrell Road
San Antonio, TX 78209

BLOOM, Kenneth
23634 Up Mountain Rd
San Antonio, TX 78255

BLUCHER, JONATHAN AND EDNA
23131 Summers Dream
San Antonio, TX 78258

Boldrick, Margaret
200 Patterson Ave
Apt 206
San Antonio, TX 78209

Bolner, Michael c/o Bolner's Fiesta Products
426 Menchaca St.
San Antonio, TX 78207-1230

Bolster, David
15614 Boulder Creek St
San Antonio, TX 78247-2935

BONER, MELINDA
342 Fenwick Dr
San Antonio, TX 78239

BOOSEY & HAWKES, INC.
10 Lea Avenue
Suite 300
Nashville, TN 37210

Boroski, Marvin
2402 Blue Quail St
San Antonio, TX 78232

Bowden, Charles
4307 Muirfield St
San Antonio, TX 78229

BOWERS, SHAWN
205 Diamondback Dr
Georgetown, TX 78268

Bradford, E W
8000 Donore Pl
Apt 43
San Antonio, TX 78229

Bradford, Sharyel
14926 Enchanted Castle
San Antonio, TX 78247

Bragg, Richard
11222 Silver Rose
San Antonio, TX 78245

BROADCAST MUSIC INC.
P.O. BOX 630893
Cincinnati, OH 45263-0893

BRODEEN, KEN
2307 Oak Trace Street
San Antonio, TX 78232

Brower, Charles
1258 Bluemist Bay
San Antonio, TX 78258

Brown, Carol
4827 Wesleyan St
San Antonio, TX 78249

Brown, Herbert & Sylvia
2702 Cembalo Blvd
San Antonio, TX 78230

Brown, Robert
315 W Lynwood Avenue
San Antonio, TX 78212

Browning, Robert
175 Primrose Pl
San Antonio, TX 78209

Buchanan, Robert
133 Armour PL
San Antonio, TX 78212

BURGHARDT, WALTER F.
4103 Hillglen Way
San Antonio, TX 78253

Burket, Carol
8410 Upton
San Antonio, TX 78254

Burkhardt, Patricia
11420 Whisper Green
San Antonio, TX 78230

BURNES, JAMES MARK
P.O. Box 1210
Boerne, TX 78015

Butler, Christopher
218 Nocturne Dr
San Antonio, TX 78216

Byerly, Linda
1185 Right Frk
Bulverde, TX 78163

Cade, Kristin
13614 Wood Lane
San Antonio, TX 78216

Caldwell East & Finlayson PLLC
700 North St.Mary's
Suite 1825
San Antonio, TX 78205

Caldwell, Robert
5222 Colton Creek
San Antonio, TX 78251

Calvert, James
1 Towers Park Lane
Apt. 911
San Antonio, tx 78209

CAMERON, STUART
2927 Zurich
San Antonio,  78230

Canant, Raymond
12639 Sandtrap St.
San Antonio, TX 78217

CANFIELD, MARGARET
3109 McHenry Dr.
San Antonio, TX 78239

Cantu, Alejandra
7500 Callaghan Rd
Unit 363
San Antonio, TX 78229

Carver, Lea
8035 Rocking Horse Lane
Fair Oaks Ranch, TX 78015

Casiano, Victor
615 San Diego
San Antonio, TX 78232

CASTILLO, ALEXANDRA
27111 Cactus Gulch
San Antonio, TX 78260

Castillo, Juan
2526 Irwin
Laredo, TX 78045

Cecconi, Patricia
7203 Callaghan Road
San Antonio, TX 78229

CHANDLER, TIM & ELIZABETH
6515 Palmetto Way
San Antonio, TX 78253

Chapin, Harold
302 Harmony Ct
San Antonio, TX 78217

Chiego, William
3 Clermont Court
San Antonio, TX 78218

Chillstrom, Jim
6215 Via La Cantera
Apt 273
San Antonio, TX 78256

Christian, Debbie
5100 John D Ryan Blvd
Apt 535
San Antonio, TX 78245-3544

CHURCH, ANDREA
131 E Nottingham
San Antonio, TX 78209

City of San Antonio
PO Box 839966
San Antonio, TX 78283

CLARION ASSOCIATES INC.
200 Motor Parkway
Suite B10
HAUPPAUGE, NY 11788-5113

Claunch, Jacqueline
1044 W Mulberry
San Antonio, TX 78201

Claypool, Patrick
18 Hyde Park
San Antonio, TX 78209

Clemmer, Shelayne
426 Ridge Trce
San Antonio, TX 78258

Clinton, Catherine
1142 E Euclid Ave
San Antonio, TX 78212

Clouse, Grace
200 Patterson Ave
San Antonio, TX 78209

Clyde, Dale
363 Sprucewood Lane
San Antonio, TX 78216

Cobra Piano Moving
4984 Schuelke Rd
Kyle, TX 78640

Cohen, Susan
3810 Deerfield Dr
San Antonio, TX 78218-2414

Coiner, Ann
232 Park Hill Dr
San Antonio, TX 78212

Colliander, Paul
26035 Shady Acres
SAN ANTONIO, TX 78260

Collins, Allen
519 Williams Rd
Burnet, TX 78611

Collins, Jay
622 Ogden Lane
San Antonio, TX 78209

COLUMBIA ARTISTS MANAGEMENT, LLC
5 COLUMBUS CIRCLE @  1790 BROADWAY
FL 16
New York, NY 10019

COMMERCIAL IT SOLUTIONS, INC.
6243 W Interstate 10
Suite 602
San Antonio, TX 78201

Compton, Penny
4107 Hunter's Glen
San Antonio, TX 78218

Conley, Cheryl
1961 Lou Ann Drive
New Braunfels, TX 78130

Conner, Janice
51 Grassmarket
San Antonio, TX 78259-2261

Conner, Warren
14931 Rio Rancho Way
Helotes, TX 78023

Coots, Sherri
109 Golden Wren
San Antonio, TX 78253

Copcutt, Bernice
2702 Cembala Blvd
San Antonio, TX 78230

Cortez, Samuel
303 Burr Rd
San Antonio, TX 78209

COSTELLO, JOHN A
310 Oak Glen Drive
San Antonio, TX 78209

COTTER, BRUCE
PO Box 701945
San Antonio, TX 78270

Cotter, Bruce
PO Box 701945
San Antonio, TX 78270

COWART, COREY
314 Calumet Pl
San Antonio, TX 78209

Cox, Joanne
238 E Edgewood Pl
San Antonio, TX 78209

Craig, Jean
14 Scarborough Square
San Antonio, TX 78218

Craig, William
15610 Robin Rdg
San Antonio, TX 78248

Creagan, Gwyn
178 Grassmarket
San Antonio, TX 78259

Creswell, Samuel
PO Box 15173
San Antonio, TX 78212

Criswell, Eldora
1000 Rhineland
San Antonio, TX 78239

Cromack, Margot
650 Elizabeth Rd
San Antonio, TX 78209

Crone, Kate
351 Terrell Rd
San Antonio, TX 78209

Crosby, Tony
7215 Callaghan Rd
San Antonio, TX 78229

Curiel, Tyler
219 Park Hill Dr
San Antonio, TX 78212

CYPRESS COVE MAINTENANCE ASSN.
PO BOX 1107
Spring Branch, TX 78070-1107

Czanderna, Alvin
6859 Willow Oak
San Antonio, TX 78249

Danielson, Rosemarie
2519 Silver Ridge
San Antonio, TX 78232

Darlington, Daniel
2464 Jane Addams Drive
Schertz, TX 78154

Davant, Ethan
9242 Limestone Hill
San Antonio, TX 78254

Davey, Chuck
139 Obscure Way
Spring Branch, TX 78070

David, Cindy
19923 Park Ranch
san antonio, TX 78259

Day, Harriette
132 Champions Blvd
LaVernia, TX 78121

De Erausquin, Gabriel
12806 Castle George St
San Antonio, TX 78230

Debner, John
12746 Lazy Dove
San Antonio, TX 78253

Delauro, Claire
24 Champions Way
San Antonio, TX 78258

DeMott, Katherine
2910 Stokley Hill
San Antonio, TX 78258

Dennett, Margaret
433 Meadowbrook Dr
San Antonio, TX 78232

DEVINE ISD
605 W. Hondo
Devine, TX 78016

Dewied, Jacques
680 E Basse
San Antonio, TX 78209

Dial, Preston
1 Towers Park Ln
Apt 1703
San Antonio, TX 78209-6438

Diaz, David
21914 Prospect Hill
San Antonio, TX 78258

Dicey, Sharon
3506 Oakhorne St
San Antonio, TX 78247

Dick, JoAnn
1 Towers Park Lane
Apt 916
San Antonio, TX 78209

Dietz, Richard
14 Crescent Park
San Antonio, TX 78257

Dill, Gary
11626-1 Bolero Circle
San Antonio, TX 78230

Dixon, Don
206 Morningside Dr
San Antonio, TX 78209

Dolan, Matthew
735 Oak Village Dr
San Antonio, TX 78253

DOMINGUEZ, MARY
1315 W Malone Ave
San Antonio, TX 78225

Dooling, Janet
100 Dearborn Dr
Schertz, TX 78154

Doughty, Jason
6019 Wildwind drive
San Antonio, TX 78239

Downing, Sharon
700 E Hildebrand Ave.
Apt. 1202
San Antonio, TX 78212

Doyle, Michael
12423 Winding Branch
San Antonio, TX 78230

Dreyfus, Seymour
4001 N New Braunfels Ave
San Antonio, TX 78209

Dryer, Arlene
2411 Shadow Cliff St
San Antonio, TX 78232-4009

Duganne, Carol
200 Cloverleaf Ave
San Antonio, TX 78209

Duncan, Edgar
1020 NE Loop 410
Suite 500
San Antonio, TX 78209-1224

DUNHAM, TABITHA
309 Churchill Court
Lexington, SC 29073

Durkes, Paul
10707 Ysamy Way
San Antonio, TX 78213

Dyer, Grayson
2 Gemsbuck Isle
San Antonio, TX 78258

Ehrisman, Wayne
402 Mary Louise Dr
San Antonio, TX 78201

Einer, Ben
127 Burr Rd Unit 6
San Antonio, TX 78209

Eisch, Albert
3130 Clearfield Dr
San Antonio, TX 78230

EL TROPICANO RIVERWALK HOTEL
c/o FIESTA RIVERWALK, LLP
110 Lexington Ave.
San Antonio, TX 78205

Elledge, Richard
118 Brightwood Place
San Antonio, TX 78209

Elliott, Donald
104 Bent Oak Dr.
Shavano Park, TX 78231

Ellison, Miriam
211 Oakleaf Dr
San Antonio, TX 78209-2923

Epstein, Franklin
154 Hampton Way
Shavano Park, TX 78249

Erica Sustayta, CPA
18911 Hardy Oak Blvd
San Antonio, TX 78258

Escamilla, Elias
4411 Essex Pl
San Antonio, TX 78249

Escamilla, Robert
200 Lombrano
San Antonio, TX 78207

Escobedo, Samuel
118 Tower Dr
San Antonio, TX 78232

Escobedo, Xavier
318 Northaven
San Antonio, TX 78229

Espino, Linda
437 E Mulberry
San Antonio, TX 78212

Etnyre, Scott
405 Turtle Hill
San Antonio, TX 78260

European American Music, LLC
254 West 31st Street
15th Floor
New York, NY 10001

Evans, Matthew
405 El Lago Camino
Del Rio, TX 78840

Fenton, Janet
14207 Bold Ruler St
San Antonio, TX 78248

Ferguson, Wallace
116 Roundup Dr.
Boerne, TX 78006

Field, Melissa
222 Bushbuck Path
San Antonio, TX 78258

Finlayson, Rick
8935 Irving Hill
Fair Oaks Ranch, TX 78015

Fischbach, Michael
13146 Hunters Valley St
San Antonio, TX 78230

Fisher, Daivd
41 Westelm Cir
San Antonio, TX 78230

Fisher, Gary
11603 Bolero Circle
San Antonio, TX 78230

Fisher, Jacquelyn
25810 Peregrine Rdg
San Antonio, TX 78260

Fisher, Lewis
306 Barrera
San Antonio, TX 78210

Fitch, Elizabeth
21 Wolfeton Way
San Antonio, TX 78218

Flake, Bonnie
83 Campden Cir
San Antonio, TX 78218

Flax, Freda
511 Corona Ave
San Antonio, TX 78209

Fleming-Howlett, Claudia
13515 Magnolia Brook
San Antonio, TX 78247

Flores, Alfredo
710 Lari Dawn
San Antonio, TX 78258

Foerster, Paul
203 Lamont Ave
San Antonio, TX 78209-3753

Fohn, Joe
PO Box 366
D'Hanis, TX 78850

Fox-Harris, Susan
29 Grantham Glen
San Antonio, TX 78257

Francis, Janet
112 King William
San Antonio, TX 78204-1311

Franco, John
19 Sherborne Wood
San Antonio, TX 78218

Frashier, Gary
215 W Bandera Rd
Ste 114
Boerne, TX 78006

Fratantuono, Elizabeth
2290 Pinot Blanc
New Braunfels, TX 78132

Frederick, Joan
P O Box 701132
San Antonio, TX 78270

Frederick, John
3534 Ivory Crk
San Antonio, TX 78258

FREDERICKSBURG ISD
ATTN: STEVE JACOBY
234 FRIENDSHIP LANE
Fredericksburg, TX 78624

FREY, RICHARD & REBECCA
156 Riddle Road
Spring Branch, TX 78070

Frias, Adriana
3518 Ridge Knoll
San Antonio, TX 78247

Fridlund, Karen
1802 Prides Xing
San Antonio, TX 78232-5161

Fritze, Joan
215 Primera Dr
San Antonio, TX 78212

Fullerton, Nancy
110 Park Hill DR
San Antonio, TX 78212

Fulton, Albert
8708 Norwich Drive
San Antonio, TX 78217

Fulton, Mary
1320 Grey Oak
San Antonio, TX 78213

Galik, Richard
517 E Park Ave
San Antonio, TX 78212

Galt, Jeff
303 Red Cedar
Shavano Park, TX 78230

Gamboa, Cynthia
7709 Broadway
Apt 206
San Antonio, TX 78209

Gamez, Gil
403 Squires Row
San Antonio, TX 78213

Ganskow, Gayl
5100 John D. Ryan Blvd.
Apt. 336
San Antonio, TX 78245

Garcia, Irene
4314 Markham
San Antonio, TX 78230

Garcia, Jesus
6726 Manassas Dr
San Antonio, TX 78240

Gard, Veronica
3364 Tumblewood Trl
San Antonio, TX 78247

Gardiner, Virginia
1 Towers Park Ln
Apt 1606
San Antonio, TX 78209

Gardner, Elaine
5415 Fredericksburg Rd
San Antonio, TX 78229

Gardyasz, Stephen
21110 Malibu Colony
San Antonio, TX 78259-2005

Garner, James
616 Morningside Dr
San Antonio, TX 78209

Garner, James R.
616 Morningside Dr
San Antonio, TX 78209

Garza, LeRoy
19026 Salado Cyn
San Antonio, TX 78258

Gazitt, Yair
731 Virgin Oak
San Antonio, TX 78258

Gee, Marcus
8523 Selendine
San Antonio, TX 78239

Geer, John
15723 Lomita Springs Dr
San Antonio, TX 78247

Geery, Susan
307 Natalen Avenue
San Antonio, TX 78209

Germann, David
5100 John D. Ryan Blvd
Apt 1706
San Antonio, TX 78245

Gershenhorn, Susan
631 E Guenther St
San Antonio, TX 78210

Gibson, David
7415 Mellow Ridge
Fair Oaks Ranch, TX 78015

Gill, Joe
8 Inwood Heights Dr N
San Antonio, TX 78248-2313

Gill, Richardson
25010 Silverstone
San Antonio, TX 78258

GINNITY, SUSAN
11310 Whisper Glen
San Antonio, TX 78230

Ginnity, Susan
11310 Whisper Glen
San Antonio, TX 78230

Giolma, John
344 Funston Pl
San Antonio, TX 78209

Glaser, Terry
219 Wyndale
San Antonio, TX 78209

GLASS, JEFF
201 Chichester Pl
San Antonio, TX 78209

Glauner, Martha
5100 John Ryan Blv
Apt 645
San Antonio, TX 78245

GLAZIER, RICHARD
5109 Adamstowne Way
Sacramento, CA 95835

Glickman, Pauline
8425 Rochelle Rd
San Antonio, TX 78240

Gnospelius, Alan
19730 Encino Glen St
San Antonio, TX 78259

Goldberger, Jack
12130 Sapphire River
San Antonio, TX 78245

Golden, Claire
406 Patterson Ave
San Antonio, TX 78209-5631

Goldsmith, Richard
200 Paseo Encinal St
San Antonio, TX 78212

Gomez, Samuel
4118 Stanley Park
Converse, TX 78109

Gonzales, Norbert
7800 IH 10 West
Suite 505
San Antonio, TX 78230

Gonzalez, Jorge
16422 Pemoak Drive
San Antonio, TX 78240

Goodman, Larry
167 Algerita Dr
San Antonio, TX 78230-4612

Goodman, William
PO Box 12467
San Antonio, TX 78212

Goodwyn, Clair
3678 Hidden Drive
Unit 703
San Antonio, TX 78217

Gordon, David
35 Devon Wood
San Antonio, TX 78257-1212

Gordon, Susan
2218 Deerfield Wood
San Antonio, TX 78248

Gorges, Matt
5124 Papaya Circle
Harlingen, TX 78552

GORLER, TERRI
715 River Rd
San Antonio, TX 78212

Grantham, George
8911 Melinda Court
San Antonio, TX 78240

Gray, Nancy
254 Brightwood Place
San Antonio, TX 78209

Graydon, Daniel
7935 Rustic Park
San Antonio, TX 78240

Great Hearts America- Texas
824 Broadway Street
Suite 101
San Antonio, TX 78215

Greece, Toni
2835 Deer Ledge St
San Antonio, TX 78230

Gregory, George
132 Linda Dr
San Antonio, TX 78216

Griffin, James
11035 FM 470
Tarpley, TX 78883

Grohe, Andrew
PO Box 15035
San Antonio, TX 78212

Guerra, Fernando
617 Ridgemont
San Antonio, TX 78209

Guerrero, Lisa
19906 Messina
San Antonio, TX 78258

Guggolz, Margarite
4040 Broadway
Suite 105
San Antonio, TX 78209

Gunkel, John
1038 Fulton Ave
San Antonio, TX 78201

GURIAN, LORRIE P.
50 Westelm Circle
San Antonio, TX 78230

GURIAN, LORRIE P.
50 Westelm Circle
San Antonio, TX 78230-2609

Gustine, James
11126 Monmouth Dr
San Antonio, TX 78239

Hains, Charlotte
7610 Vinewood Court
san antonio, TX 78209

Hall, Barbara
3020 Pencil Cholla
Schertz, TX 78154

Hamner, Henry
6 Horns Cross
San Antonio, TX 78257

Hancock, Don
5 Ruslin
San Antonio, TX 78248-2445

Hansen, Marilyn
4917 Ravenswood Dr
Apt 1103
San Antonio, TX 78227

Hardin, Michael
1902 Indian Meadows
San Antonio, TX 78230

Hardinge, Anne
101 Longsford
San Antonio, TX 78209

HARLANDALE I.S.D.
102 GENEVIEVE
San Antonio, TX 78214

Harless, Melissa
6518 Ridge Peak Dr.
San Antonio, tx 78233

Harmon, Jennifer
9127 Quihi Way
San Antonio, TX 78254

HARNISH, JAMES
713 WILD EAGLE ST.
San Antonio, TX 78255-1048

HARP DOC LLC
PETER QUWN WILEY
404 MONTOYA ST. NW
Albuquerque, NM 89104-1707

Harral, Linda
2822 Woodcrest Dr
San Antonio, TX 78209

Harrison, Larry
2503 Wood Run
San Antonio, TX 78251

Hart, Jamie
5323 Vista Ct
San Antonio, TX 78247

Hart, Mary
515 Castano Ave
San Antonio, TX 78209-3614

Hartman, Eleanor
8406 Quebec Drive
San Antonio, TX 78239

Hassan, Frank
16414 San Pedro Ave
Suite 206
San Antonio, TX 78232

Hatfield, Ron & Dina
136 Lindy Hls
cibolo, tx 78108

Haymes, Wayne
5819 Grass Hill Dr
Leon Valley, TX 78238

Haynes, Gretchen
622 Mission St
San Antonio, TX 78210

Heard, Jean
7400 Crestway Dr
Apt 104
San Antonio, TX 78239

Heaslet, Gail
3502 Kingbard St
San Antonio, TX 78230

Hendry, Lynne
320 Encino Ave
San Antonio, TX 78209

Hennessy, Robert
1326 Coronado Blvd
Universal City, TX 78148

Hensley, Richard
4908 Belle Ellen
San Antonio, TX 78229

Hepburn, Byron
210 W Fair Oaks Pl
San Antonio, TX 78209

Herdeg, Andrew
801 Patterson Ave
San Antonio, TX 78209

Herman, Donna
2607 Fairfield Bend Dr
San Antonio, TX 78231-2229

Hernandez, Javier
3215 Roan Way
San Antonio, TX 78259

Hersh, Lydia
2702 Cembala Blvd
San Antonio, TX 78230

Hickman, Mark
890 Riverforest Dr.
New Braunfels, tx 78132

HIDDEN FOREST ELEMENTARY - NEISD
802 SILVER SPRUCE ST
San Antonio, TX 78232

Higgins, Lawrence
2522 Old Hickory Trl
San Antonio, TX 78230

Highland Forest Elementary
3736 SE Military Dr.
San Antonio, TX 78223

Hill, Bryce
333 W. Cevallos St.
Apt 1246
San Antonio, TX 78204

Hill, Gretchen
3427 Heather Blf
San Antonio, TX 78259

Hinger, Charles
17902 Westspring Dr
San Antonio, TX 78258

Hintze, William
2243 Fawn Mist Ln
San Antonio, TX 78248

Hixon, Robert
21260 West Tejas Trail
San Antonio, TX 78257

Hodges, Matthew
16022 Juan Tabo Way
Helotes, TX 78023

Hoeffler, Gary
15620 Powder River St
San Antonio, TX 78232

Hoffman, Gary
23206 Edens Canyon
San Antonio, TX 78255

Hollimon, Marcia
7400 Crestway Dr
Apt. 727
San Antonio, TX 78239-3001

Holshouser, Joanne
15 Fonthill Way
San Antonio, TX 78218

HOLT, JEAN
300 W Bitters
Suite 130
San Antonio, TX 78216

Hooper, Charles
1806 Salt Lick Road
San Antonio, TX 78232

Horridge, Patty
13426 La Vista Dr
San Antonio, TX 78216-2205

House, Amy
7855 Kitty Hawk Rd
Converse, TX 78109

Howard, Charles
2235 Buroak Ridge
San Antonio, TX 78248

Howe, Mary Jane
117 El Rancho Way
San Antonio, TX 78209

Hubbard, Barry
100 W El Prado Dr
Apt 213
San Antonio, TX 78212-2068

Huber, Michael
19 Impala Way
San Antonio, TX 78258

Hudson, John
3035 Elm Creek
San Antonio, TX 78230

Hughes, Carol
5100 John D Ryan Blvd
Apt 514
San Antonio, TX 78245

Hughes, Charlotte
16502 Pem Canyon
San Antonio, TX 78240

Hughes, Christopher
PO Box 90645
San Antonio, TX 78209

Hull, Andy
324 W Rosewood Ave
San Antonio, TX 78212-2218

Hull, Bill
349 Warbler Drive
Spring Branch, TX 78070

HYMEL, MARY
8103 North Hollow
San Antonio, TX 78240

IMG ARTISTS, LLC
Attn: Finance
7 WEST 54TH ST.
New York, NY 10019

Indyk, Betty
139 Pinecrest Blvd
San Antonio, TX 78209

Ingram, Betty
1 Towers Park Ln
San Antonio, TX 78209

Ingram, Kay
54 Longsford
San Antonio, TX 78209-1818

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Iskrenko, Mylene & Alexander
20602 Osprey Way
San Antonio, TX 78256

Ison, David
25910 Chinook Corner
San Antonio, TX 78261

Jacobs, James
255 Willow Avenue
New Braunfels, TX 78130

Jakuta, Christine
3335 Flamingo Basin
San Antonio, TX 78247

Jansen, Angelika
1 Towers Park Lane
San Antonio, TX 78209

Jenison, Leslie
104 Ponca Bend
Shavano Park, TX 78231

Jenkins, Douglas
10 Orsinger Forge
San Antonio, TX 78230

Johanningsmeier, Esther
12507 Minuteman DR
San Antonio, TX 78233

John, Amanda
4613 Flagstone
Schertz, TX 78154

Johnson, Bruce
255 Verbena Hill
San Antonio, TX 78258

Johnson, Kay
15234 Fall Place Dr
San Antonio, TX 78247

Jones, Anne
3303 McHenry Dr
San Antonio, TX 78239

Jones, David
118 Barrera
San Antonio, TX 78210

Jones, Nancy
5100 John D Ryan Blvd
Apt 2710
San Antonio, TX 78245

Jones, Sue
1347 Twilight Ridge
San Antonio, TX 78258

Jones, William
1554 Desert Gold
Boerne, TX 78006

Jordan, Nancy
8807 Angel Valley St
San Antonio, TX 78227

JOSEPH, MARGARET
104 Sunnyland
San Antonio, TX 78228

JUDSON ISD
Attn: Accounts Payable
8012 SHIN OAK
Live Oak, TX 78233-2457

Kahn, Karla
772 Pacific Place
Spring Branch, TX 78070

Kalter, Steven
104 Saddletree
San Antonio, TX 78231

Kaminski, Janine
7707 Forest Magic Ct
Live Oak, TX 78233-7221

Karam, Peggy
8118 Datapoint Dr
San Antonio, TX 78229

Karam, Tom
2420 McCullough Ave
San Antonio, TX 78212

Karges, Mary
7400 Crestway
Apt 902
San Antonio, TX 78239

Karren, Jean
303 Antler Dr
San Antonio, TX 78213

KASANOFF, SUZANNE
30 Great Wood
San Antonio, TX 78232

Kelly, Kathy
434 Stonewood St
San Antonio, TX 78216

Kendrick, Charles
3900 Connecticut Ave NW

502G
Washington, DC 20008

Kenfield, Julie
154 E. Hollywood Ave
San Antonio, TX 78212

Kennedy, Kathleen
333 Bushnell Ave.
San Antonio, TX 78212

Kennedy, Patrick
250 W. Nottingham Dr
Ste 305
San Antonio, TX 78209

Kertman, Lois
2739 Cembolo Blvd
Apt #409
San Antonio, TX 78230

Kidwell, Richard
19915 Park Bluff
San Antonio, TX 78259

Killam, Allen & Ruth
1 Towers Park Lane
Apt 1517
San Antonio, TX 78209

Kinder, David & Vickie
215 Winding Way Dr
San Antonio, TX 78232

Kirk, Linda
5914 Cliff Valley Dr
San Antonio, TX 78250

Kirkpatrick, James W.
15738 Dawn Crest
San Antonio, TX 78248

Kirkpatrick, Melissa
7908 Wells Fargo
Converse, TX 78109

Kirn, Terri
92 Roundup
San Antonio, TX 78213

KLEINER, MARTHA
2616 KINGS LAKE CT. NE
Atlanta, GA 30345

Knibbe, Sharon
9981 Spring Branch Rd
Spring Branch, TX 78070

KNIGHT OFFICE SOLUTIONS
12961 PARK CENTRAL
Ste. 1470
San Antonio, TX 78216

Knott, Martha
12914 Country Rdg
San Antonio, TX 78216

KNOTTS, JOHNNY
7515 Windsor Oaks
San Antonio, TX 78239

Kocurek, Sharon
112 Ridgemont Ave
San Antonio, TX 78209

Koehl, Carol
735 Cypresscliff Dr
San Antonio, TX 78245-1071

Koors, Margaret
2815 Hitching Post Street
San Antonio, TX 78217

Kramer, Roger
9238 Beowulf St
San Antonio, TX 78254

Krieger, Lela
9526 Dunstable
San Antonio, TX 78239

Krock, Larry
202 Kendall Pkwy
Boerne, TX 78015

Kroll, JoAnne
2303 Peninsula Dr
San Antonio, TX 78239

Kumru, Semih
8514 Water Quail
San Antonio, TX 78250

Kunau, Robert
222 Wellesley Landing
Shavano Park, TX 78231

Kurata, Benjamin
1150 N Loop 1604 W
Suite 108-284
San Antonio, TX 78248

La Rosa, Alfredo
3 Seaton Grn
San Antonio, TX 78209

Laird, Rosario
14118 Bluff Manor Dr
San Antonio, TX 78216-7970

Lamers, David
17327 Fountain Mist
San Antonio, TX 78248

Lampe, Samuel
1018 Spent Wing Dr
San Antonio, TX 78213

Landsman, Martha
430 Morningside Dr
San Antonio, TX 78209-2804

Lang, Carolyn
729 FM 474
Boerne, TX 78006

Langford, Claudia
121 East Mulberry
San Antonio, TX 78212

Langham, Dan
3950 River Falls
San Antonio, TX 78259

Larson, Nancy
18614 Golden Maize
San Antonio, TX 78258

Lassus, Clare
8109 Scottshill
San Antonio, TX 78209

Lee, Abigail
114 E. Hermosa Dr.
San Antonio, TX 78212

Lee, Thomas F.
1208 Acorn Road
Hondo, TX 78861

LeMessurier, Philip
402 College Blvd
San Antonio, TX 78209

Lemieux, Laura
8103 Shoal Trail
San Antonio, TX 78250

Letchworth, James
7131 Thrush View LN
San Antonio, TX 78209

Lifshutz, James
215 W Travis St
San Antonio, TX 78205

LIGONS, MEAGON
13400 BLANCO ROAD
APT. #410
SAN ANTONIO, TX 78216

Lindner, Milton
110 Granburg Cir
San Antonio, TX 78218

Lipsey, Richard
7811 Winecup Hill
San Antonio, TX 78256

Literski, Eugene & Susan
26522 Weiss Fels Ct
New Braunfels, TX 78132

LOBAUGH, Mark
1208 MT. RIDGE ROURT
NOLANVILLE, TX 76559

Locke, Brigit
1601 Canyon Oaks
Schertz, TX 78154

Loflin, Mark
21003 Las Lomas Blvd
San Antonio, TX 78258

Logix Holding Company LLC
PO BOX 734120
Dallas, TX 75373

LONE STAR REPROGRAPHICS, INC.
227 W. NAKOMA
San Antonio, TX 78216

Long, Sharon
11647-1 Bolero Circle
San Antonio, TX 78230

Longbotham, Pamela
PO Box 979
Cuero, TX 77954

LONGS CREEK ELEMENTARY
8961 Tesoro Dr.
Ste. 201
San Antonio, TX 78217

Lopez-Cordova, Salvador
118 Calumet Pl
San Antonio, TX 78209

Lowe, Sara
16151 Old Stable Road
San Antonio, TX 78247

Lowman, Larry
3019 Iron Stone Ct
San Antonio, TX 78230

Luna, Joe
21606 Iron Ridge Ct
San Antonio, TX 78258

Lund, David
4 Inwood Point
San Antonio, TX 78248

Lundin, Robert
1 Towers Park Lane
Apt 717
San Antonio, TX 78209

Mada, Luciano
525 Candleglo
Windcrest, TX 78239

Malach, Steffany
20223 Standish Road
San Antonio, TX 78258

Malakoff, Aaron
127 E Edgewater Terrace
New Braunfels, TX 78130

Malek, Jerome
3418 River Path
San Antonio, TX 78230

Maley, Mary
102 Oakleaf Dr
San Antonio, TX 78209

Malich, Edward
230 Dwyer Ave
Unit 1202
San Antonio, TX 78204

Malone, Richard
243 Madison
San Antonio, TX 78204-1324

Maniscalco, Bruce
103 Wood Berry Lane
Boerne, TX 78015-8354

Mann, Jane
1880 County Rd 3615
Bigfoot, TX 78005

Mann, Michael
744 Spanish Moss Dr
Spring Branch, TX 78070

Martin, Andrea
2205 Peninsula Dr
San Antonio, TX 78239

Martin, Gary
105 Dearborn Dr
Schertz, TX 78154

Martinez, Adam
1303 W Elsmere Pl
San Antonio, TX 78201

Martinez, Adrian
1507 Trevino Ct
Laredo, TX 78045

Martinez, Kristie
3102 W Commerce
San Antonio, TX 78207

Massey, Mary
23724 Up Mountain Rd
San Antonio, TX 78255

Masso, Mark
32 Ranch Terrace
Boerne, TX 78015

Matt Nolan Custom
34 Belvedere
Lansdown, Bath,  BA1 5HR

Matthews, Pamela
1339 S Flores
Unit 107
San Antonio, TX 78204

Matthews, Wilbur
9121 E Valley View Ln
San Antonio, TX 78217

Mays, Neda
112 W. Ridgewood Court
San Antonio, TX 78212

McCarthy, Anne
18880 Sherwood Trail
Helotes, TX 78023

McCauley, Carl
324 Ridge Crest Dr
Seguin, TX 78155

McCloskey, Michelle
232 Tuxedo
San Antonio, TX 78209

McCormick, Marguerite
131 Cunningham Avenue
San Antonio, TX 78215

McCraw, Phil
3517 S Foster RD
San Antonio, TX 78222

McCullough, Marilyn
310 Arcadia Pl
San Antonio, TX 78209

McCusker, John
119 W Huisache Ave
San Antonio, TX 78212-2942

McDaniel, Laura
223 Shannon Lee St
San Antonio, TX 78216-7341

McFadden, Beatrice
503 Alamo Heights Blvd
San Antonio, TX 78209

McGauley, Gerald
327 Arendes Dr
New Braunfels, TX 78132

McGee, Annabelle
322 Cardinal Ave
San Antonio, TX 78209

McGrail, Kathleen
230 West Sunset
Apt #1426
San Antonio, TX 78209

McGuyer, Donald
7491 Bluestone
San Antonio, TX 78249

McLeod, Johanna
504 W Magnolia
San Antonio, TX 78212

McQuain, Terry
4631 Manitou Bay
San Antonio, TX 78259-2284

McSorley, Dave
21011 Las Lomas Blvd
San Antonio, TX 78258

McStravic, Kevin
8655 Datapoint Dr
Apt 303
San Antonio, TX 78229

MediaFusion
PO Box 593183
San Antonio, TX 78259

Meier, Melanie
231 W. Silver Sands #1
San Antonio, TX 78216

Melson, Bill
705 Arizona Ash St
San Antonio, TX 78232

Mendenhall, Elizabeth
421 Wiltshire Ave
San Antonio, TX 78209

Merritt, Patrick
2914 Hunters Den
San Antonio, TX 78230

MESSICK, MELISSA
201 Long Cove Dr.
Cibolo, TX 78108

Midcap, Sandra
410 Devine Rd
San Antonio, TX 78212

Milbourn, John
325 Kennedy Ave
San Antonio, TX 78209-5249

Miller, Elizabeth
6319 Pemwoods
San Antonio, TX 78240

Miller, John
26419 Marsh Pond
San Antonio, TX 78260-6009

Miller, Josh
16231 Canyon Shadow
San Antonio, TX 78232

Mills, Lee Trippet
1323 Boren Ave.
Unit 202
Seattle, WA 98101

Mira, Joaquin
22626 E Range
San Antonio, TX 78255

Mireles, Margaret
329 Mary Louise Dr
San Antonio, TX 78201

Mireles, Roger
25610 Mesa Ranch
San Antonio, TX 78258

Mitchell, Barry
2420 McCullough
San Antonio, TX 78212

Moening, William
16927 Hidden Timber Wood
San Antonio, TX 78248-1418

Moore, Linda
2810 Oak Leigh St
San Antonio, TX 78232

Morales, Gloria
2837 Bent Tree
Shertz, TX 78154

Moreno, Catalina
12926 Legend Cave Dr
San Antonio, TX 78230

Morgan, Douglas
1100 NE Loop 410
Ste 504
San Antonio, TX 78209

Morrell, Robert
3622 Cypress Cape
San Antonio, TX 78259

Morris, Elizabeth
16318 Quail Path
San Antonio, TX 78232

Morris, Lillian
333 Terrell Rd
San Antonio, TX 78209

MORROW, MARY
15318 Antler Creek Drive
San Antonio, TX 78248

Moulton, Kevin
3351 Yukon Straight
San Antonio, TX 78261

MPL LIMITED PARTNERSHIP
PO BOX 120386
San Antonio, TX 78212

Muenster, Gregg
29740 Mellow Wind Dr
Fair Oaks Ranch, TX 78015-4567

Muffoletto, Elizabeth
223 Sandpiper Dr
Portland, TX 78374

Mulligan, Anne
10 Bryanston Ct
San Antonio, TX 78218

Mullin, Barbara
7400 Crest Way Road
Apt 313
San Antonio, TX 78239

Munoz, Ruby
9101 Encino Village
San Antonio, TX 78250

Murgo, Joseph
21635 Cielo Ridge Dr
San Antonio, TX 78256

Murphy, Joseph
1217 Cherry Mountain Loop
Fredericksburg, TX 78624

Nabarrete, Synthia & Kent
15211 Rock River Street
San Antonio, TX 78247

Nabors, Finis
5434 Vista Trl
San Antonio, TX 78247

Nelson, James
104 Adams St
San Antonio, TX 78210

Nentwich, Caroline
930 County Road 651
Devine, TX 78016

Nichols, William
11615 Raindrop Dr
San Antonio, TX 78216

Nodine, Wright
10935 Whisper Valley St
San Antonio, TX 78230

Noel, Jim
400 Queen Anne Court
San Antonio, TX 78209

Noll, Charlotte
27 Grassmarket
San Antonio, TX 78259

Nordquist, Andrew
PO Box 2313
Universal City, TX 78148

NORISKIN, NATALIE LYNNE
13014 Hunters Ridge St
San Antonio, TX 78230

Norman, Francis
7635 Pimlico Lane
Fair Oaks Ranch, TX 78015

NORTH EAST INDEPENDENT SCHOOL DISTRICT
8961 TESORO DRIVE
San Antonio, TX 78217

NORTHSIDE INDEPENDENT SCHOOL DISTRICT
5900 EVERS ROAD
San Antonio, TX 78238

Northwood Elementary School
519 Pike Road
San Antonio, TX 78209

Norton, Doris
119 Knibbe Ave
San Antonio, TX 78209

Norton-Keidel, Julia
218 Stanford Dr
San Antonio, TX 78212

O'Connor, Cynthia
2618 Brookhurst Dr
San Antonio, TX 78209

O'Higgins, M.M.
2420 McCullough Ave
Apt 317
San Antonio, TX 78212

O'Higgins, Maria Mercedes
2420 McCullough Ave
Apt 317
San Antonio, TX 78212

Odland, Jacob
317 Lexington Ave
San Antonio, TX 78215

Ohlenbusch, Darryl
612 Labor St
San Antonio, TX 78210

Olmos, Vivian
2143 W Summit Ave
San Antonio, TX 78201

OLMSTED-KIRK PAPER CO.
8024 EXCHANGE DRIVE
Austin, TX 78754

Olsen, Amy
12627 Desert Palm
San Antonio, TX 78253

Olson, David
5040 Country Nest
San Antonio, TX 78253

Olsson, Wida
20550 Huebner Road
Unit 111
San Antonio, TX 78258

ONSTAGE PUBLICATIONS
1612 Prosser Avenue
Dayton, OH 45409

Oppenheim, Russell
9118 E Valley View Ln
San Antonio, TX 78217

Ortiz, Carlos
211 Box Oak
Shavano Park, TX 78230-5630

Owen, Catherine
3802 Meadow Ridge St
San Antonio, TX 78210

Owens, Nicole
116 Pin Oak Forest Street
Hill Country Village, TX 78232

Ozer, Michael
7314 Winterwood Pl
San Antonio, TX 78229

Palacios, Horacio
110 San Enrique Ave
Laredo, TX 78040

Parodi, Laura
10822 Belle Vere
San Antonio, TX 78249

Parsons, Jefferey
6107 Via La Cantera
San ANtonio, TX 78256

Parsons, Merribell
486 E Olmos Dr
San Antonio, TX 78212

Paul, Jared
3002 Oak Sprawl
San Antonio, TX 78231

Paul, Marin
1751 Babcock Rd
San Antonio, TX 78229

Paul, Tamara
4034 Oakhaven
San Antonio, TX 78217

Pavlovsky, John
15903 Wind Cave St
San Antonio, TX 78232-3448

Paypal, Inc.
4100 Solutions Center
Chicago, IL 60677-4001

Peace, Annalisa
247 Army Blvd
San Antonio, TX 78215

Pease, Alan
1 Towers Park Ln
San Antonio, TX 78209

Pelton, Linda
16507 Revello DR
Helotes, TX 78023

Pereira, Donna
210 Lovera Blvd
San Antonio, TX 78212

Perkins, Linda
361 N Santa Clara Rd
Marion, TX 78124

Perloff, Ron
221 Lismore
San Antonio, TX 78260-4313

Personnel Concepts
P.O. Box 3353
San Dimas, CA 91773-7353

Pettit. Kim
2034 Oak Mist
San Antonio, TX 78232

Pfeiffer, Fred
213 Washington
San Antonio, TX 78204

Phillips, Charlotte
5202 Churubusco Dr
San Antonio, TX 78239

Phillips, Tommy
230 Dwyer Ave
Unit 602
San Antonio, TX 78204

Phipps, Norman
22427 Viajes
San Antonio, TX 78261

Pierce, Jeanette
3015 Samar Drive
San Antonio, TX 78217

Pinansky, David & Hariet
4411 Yorkshire Court
Shavano Park, TX 78249

Pinansky, Samuel
22542 Alabado
san antonio, TX 78261

Player, David
2902 Hunter's Knoll
San Antonio, TX 78230

Pontius, Uwe
19 Auburn Place
San Antonio, TX 78209

Posey, Dougles and Dr. Carla Monroe-Posey
19419 Fideli Point
San Antonio, TX 78259

Poteet, John
203 Squires Rd.
San Antonio, TX 78213

Powell, Gary
14611 Hillside Ridge
San Antonio, TX 78233-3834

Powell, Jon
1148 East Commerce
San Antonio, TX 78205

Pozza, Daniel
230 Dwyer
Unit 1002
San Antonio, TX 78204

Price, Heidi
21707 Givenchy Hill
San Antonio, TX 78256

Price, Nancy
433 Madison
San Antonio, TX 78204

Proficient Benefit Solutions
P.O. Box 380768
San Antonio, TX 78268

Ramirez, Linda
383 Donella Dr
San Antonio, TX 78232

Randolph, Charlotte
1335 Adobe Run
San Antonio, TX 78232

Rasco, William
104 Ivy Ln
San Antonio, TX 78209-5447

Reed, Bonnie
45 Longsford
San Antonio, TX 78209

Reed, James
443 De Soto Dr
Universal City, TX 78148

Reed, William
53 Longsford
San Antonio, TX 78209

Reyna, Mike
12950 Country Parkway
Suite 180
San Antonio, TX 78216

Rezendes, Catherine
1514 Larkspur
San Antonio, TX 78213

Rhea, Clinton
161 County Road 375
San Antonio, TX 78253

Rice, Lawrence
2603 Fairfield Bend Dr
San Antonio, TX 78231

Ridener, Dennis
13702 Iniga
San Antonio, TX 78253

Rincon, Daniel
9602 Fonthill Dr
San Antonio, TX 78254

Ritter, Bonnie
209 Voigt Dr
San Antonio, TX 78232

Riviello, Ralph
600 Rua de Matta
San Antonio, TX 78232

ROBERT SWANEY CONSULTING, INC.
580 N. PETERMAN ROAD
Greenwood, IN 46142

Robledo, Juliana
221 W Kings Hwy
San Antonio, TX 78212

Rockwood, Andrew
213 E. San Antonio St.
Fredericksburg, TX 78624-4579

Rodarte, Sue
40 Oakwell Farms Pkwy
San Antonio, TX 78218

Rodriguez, Charles
5905 Deer Horn Dr
San Antonio, TX 78238

Roe, Karen
227 Brahan Blvd
San Antonio, TX 78215-1011

Roff, Jim
2981 Windchime Hill
Boerne, TX 78015

Rogers, Sheila
11103 Monmouth
San Antonio, TX 78239

Rohrbough, Stephen
15123 Elkton Rd
San Antonio, TX 78232

Roque, Rose
715 Culberson Ave
San Antonio, TX 78225

Rosenthal, Arthur
18 Inverness Blvd
San Antonio, TX 78230

Roska, Brian
2 Woltwood
San Antonio, TX 78248

Ross, James
17027 Sweet Bay Court
Conroe, TX 77385

Rote, Margaret
300 Broadway St
San Antonio, TX 78205

Rothe, William
940 Great Tree Drive
San Antonio, TX 78260

Rothen, Robert
9926 Cominsky Park
San Antonio, TX 78250

Roush, Paul
7400 Crestway Dr
Apt 816
San Antonio, TX 78239

Rowe, Mark
14 Gemsbuck Rise
San Antonio, TX 78258

Rowe, Michele
2632 Riva Ridge Circle
Shertz, TX 78108

Rowland, Linda
2303 Blossom Dr
San Antonio, TX 78217

Rubin, Ilene & Alan
P.O. Box 105
Universal City, TX 78148

Rubio, Jesus
6 Bloomsbury Sq
San Antonio, TX 78218-3014

Ruiz, Gonzalo
PO Box 90508
San Antonio, TX 78209

Ruiz, Herminia
6407 Edinborough
San Antonio, TX 78238

Ruiz, Maria
PO Box 2729
Laredo, TX 78044

Ruiz, Vito
1601 Canyon Oak
schertz, TX 78154

Runion, Ethel
5 Bryanston Court
San Antonio, TX 78218

Rushing, Paul
6706 Calm Lake Dr
San Antonio, TX 78244-1724

Sadler, Kathleen
PO Box 90151
San Antonio, TX 78209-9080

Sager, Harold
1638 West Mulberry Ave
San Antonio, TX 78201

Saidi, Mo & Brigette
1 Towers Park Lane
Apt 2401
San Antonio, TX 78209

SAN ANTONIO ISD
141 LAVACA ST.
San Antonio, TX 78210

Sanchez, Susan
5615 Danny Kaye Dr
San Antonio, TX 78240

Santiago, Angel R.
2706 Caledonian Ct
San Antonio, TX 78230

Saum, Gerry
304 Ridgemont Ave
San Antonio, TX 78209

Sauter, Leonard
4227 Greystone DR
San Antonio, TX 78233

Savidge, Demetria
206 Shadywood Lane
San Antonio, TX 78216-7336

Scalan, Elizabeth
108 Rogers Ridge
San Marcos, TX 78666

Schafer, Jill
3444 Northmoor St
San Antonio, TX 78230

SCHERTZ-CIBOLO-UNIVERSAL CITY ISD
1060 ELBEL RD.
Schertz, TX 78154

Schmid, David
917 Moonlight Dr
Canyon Lake, TX 78133

Schmidt, Joan
PO Box 2275
Bandera, TX 78203

Schmidt, Jonathan
202 Cliffside Dr
Shavano Park, TX 78231

SCHOTT MUSIC GMBH & CO KG
WEIHERGARTEN 5
55116 MAINZ  GERMANY

Schroeder, Judith
10 Reynosa
San Antonio, TX 78261

Schulz, Gerald
PO Box 12632
San Antonio, TX 78212

Schwartz, Georgina
3006 Belvoir Dr
San Antonio, TX 78230

Scibetta, Salvatore
822 Meadow Br
Converse, TX 78109-1628

Searle, Lisa
2420 Missy Ln
San Marcos, TX 78666

Seay, Caroline
4242 Broadway
Apt 405
San Antonio, TX 78209

Sebesta, Donald
1021 Ivy Ln
San Antonio, TX 78209

Seeger, Stuart
4212 Medical Dr
Apt 1003
San Antonio, TX 78229

Seiterle, Henriette
PO Box 6375
San Antonio, TX 78209-0375

Serrano, Alberto
7887 Broadway St
San Antonio, TX 78209

Sewell, Denise
923 10th St
Ste 101 PNP 141
Floresville, TX 78114

Shafer, Molly
212 Madison
Apt #5
San Antonio, TX 78204

Sherner, Josephine
18610 Windcliffe RD
San Antonio, TX 78259

Sherrill, William
327 Cloverleaf
San Antonio, TX 78209

Sherrod, Dian
11137 Monmouth
San Antonio, TX 78239

Shipman, Ruth
29735 Windchime Hill
Fair Oaks Ranch, TX 78015

SHIPP, KRISTIN NIOLE
7150 Whitney Ridge
San Antonio, TX 78239

Shore, Barbara
28 Rogers Wood
San Antonio, TX 78248-1635

Shull, Sandy
5100 John D Ryan BLVD
APT 1606
San Antonio, TX 78245

Silenas, Rasa
228 W Huisache Ave
San Antonio, TX 78212

SILLER, ALEJANDRO
9303 Marblehill Dr
San Antonio, TX 78240

SILLER, ALEJANDRO
9303 Marblehill Dr.
San Antonio, TX 78240

Simon, David
14315 Citation St
San Antonio, TX 78248

Sims, Charlie
2035 Canyon Vista
San Antonio, TX 78247

Sims, James
628 Holiday Rd
Comfort, TX 78013

Sloan, Eugene
13415 Shorecliff St
San Antonio, TX 78248

Sloan, Jeremy
122 Warbler Way
Shavano Park, TX 78231

Smith, Douglas
419 Bridle Trail
New Braunfels, TX 78132

Smith, Earl
78 Raphael
San Antonio, TX 78258

Smith, Ian
6898 Gin Rd
Marion, TX 78124

Smolens, Peter
5922 Winding Ridge
San Antonio, TX 78239

Snarr, Peri
10 Spring Lake Dr
San Antonio, TX 78248

Soble, Stephen
PO Box 790885
San Antonio, TX 78279

Sohn, Robert & Salley
205 West El Prado
San Antonio, TX 78212

Solis, David
14500 Blanco Rd
Apt 312
San Antonio, TX 78216

SOUTHWEST ISD
11914 DRAGON LANE
San Antonio, TX 78252

Spak, Nancy
4917 Ravenswood Drive
Apt 457
San Antonio, TX 78227

Spence, C
12663 Old Wick Rd
San Antonio, TX 78230

Spencer, George
202 W Summit Ave
San Antonio, TX 78212

Spoon, Nancy
6022 Royal Creek
San Antonio, TX 78239

Sprink, Jeffrey
1777 N E Loop 410
Suite 600
San Antonio, TX 78217

Stallworth, Terresa
230 W Sunset Rd
APT 1102
San Antonio, TX 78209

Starnes, Reed
2708 Cavileer Ave
Austin, TX 78757

Starz, David
960 Mystic Pkwy
Spring Branch, TX 78070

Steele, Barbara
8208 Quebec Drive
San Antonio, TX 78239

Stevens, Robert
75 Haverhill Way
San Antonio, TX 78209

Steves, Martha
7919 Kings Reach
San Antonio, TX 78209

Stinnett, Victoria
269 Utopia Ln
San Antonio, TX 78223

Stockdreher, Ronald
1424 N. LBJ Drive
San Marcos, TX 78666

Storlie, Orlynn
11315 Whisper Falls St
San Antonio, TX 78230

STOVER, BARBARA
174 E. Edgewood Place
San Antonio, TX 78209

Strauch, Phil
14101 Bluff Manor Dr
San Antonio, TX 78216-7976

Studer, Ernstine
15 Granburg Cir
San Antonio, TX 78218-3026

Sullivan, Kenneth
5270 Round Table Dr
San Antonio, TX 78218

Surbey, William
22 Jackson Ct
San Antonio, TX 78230

Sutcliffe Becker, Katherine
9715 Tower View Rd
Helotes, TX 78023

Sutphen, Matthew
1503 Jami Dr
Pleasanton, TX 78064

Sutter, Frank
14718 Aegean Way
Selma, TX 78154

Swartz, Douglas
9502 French Circle
Helotes, TX 78023

Swientek, Scott
3556 Vuitton
Bulverde, TX 78163

Swift, Mary
1540 W Bitters Rd
Apt 2723
San Antonio, TX 78248

Symphony, Opera, and Ballet Electronic EMA
10 LINCOLN CENTER PLAZA
New York, NY 10023

Szabo, Charles
301 Grandview Place
San Antonio, TX 78209

Szurek, Garnet
5315 Cerro Vista St
San Antonio, TX 78233

TAFFOLLA, CARMEN
10711 Lost Hilltop Street
San Antonio, TX 78230

Talbot, Jacob
1127 Hampshire Street
San Francisco, CA 94110

Taliancich, Stacey
21506 Rio Colorado
San Antonio, TX 78259

Tannenbaum, Kenneth
25111 Callaway
San Antonio, TX 78260

Taute, Irma
8414 Oak Post St
San Antonio, TX 78251

Taylor, Rosemarie
11635 - 1 Bolero Circle
San Antonio, TX 78230

Terry, George
3738 Briarhill
San Antonio, TX 78218

Texas Comptroller of Public Accounts
Revenue Accounting Div. - Bankruptcy Sec
P.O. Box 13528 Capital Station
Austin, TX 78711

Texas Office of the Attorney General
Bankruptcy and Collections Division
300 W. 15th Street
Austin, TX 78701

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778

The DeBerry Group LLC
110 Broadway
Suite 625
San Antonio, TX 78205

THE FLEISHER COLLECTION
1901 VINE STREET
Room 125
Philadelphia, PA 19103

THEODORE PRESSER COMPANY
105 Great Valley Parkway
Malveryn, PA 19355

Thobaben, Gary
10437 Stampede Stead
San Antonio, TX 78254

Thomas, Huw
587 Talmadge Lane
Shavano Park, TX 78249

Thompson, Donna
13815 Bluff Lane
San Antonio, TX 78216

Timlin, Nadine
1 Towers Park Lane
No 1917
San Antonio, TX 78209

Tinsley, Marcia
5100 John D Ryan Boulevard
San Antonio, TX 78245

Titus, Angel
3322 Falcon Grove
San Antonio, TX 78247

Tobia, Rajia
223 Clearview Dr
San Antonio, TX 78228

TOBIN CENTER FOR THE PERFORMING ARTS
115 AUDITORIUM CIRCLE
San Antonio, TX 78205

Tolar, Carolyn
97 Campden Circle
San Antonio, TX 78218

TOLTEC APARTMENTS, LLC
106 Auditorium Circle
San Antonio, TX 78205

Toman, Troy
9725 Datapoint Dr
Ste 100
San Antonio, TX 78229-2384

Tomasetti, Kristina
5837 Woodridge Oaks
San Antonio, TX 78249

Tomlinson, Cristina
538 Tranquil Oak
San Antonio, TX 78260

Torrington, Deb
35 Bristol Green
San Antonio, TX 78209

Toubin, Jimmy
3106 Elm Gate St
San Antonio, TX 78230

Toudouze, Sara
3407 Rock Creek Run St
San Antonio, TX 78230

Toy, Patricia
4650 Manitou Bay
San Antonio, TX 78259

Trbovich, Thomas
1338 Oak Path
San Antonio, TX 78258-1935

Tresnak, John
6039 Cielo Rnch
SAN ANTONIO, TX 78218

TRINITY UNIVERSITY - LAURIE AUDITORIUM
One Trinity Place
San Antonio, TX 78212

TRINITY UNIVERSITY - POLICE DEPARTMENT
ATTN: JOANN LOCKARD
One Trinity Place
San ANtonio, TX 78212

Truesdell, Priscilla
5214 King Edward St
San Antonio, TX 78229

Trumbo, Geraldine
5110 Starfire St
San Antonio, TX 78219

Turner, Sue
1410 Rain Song
San Antonio, TX 78260

Tye, Janelle
7400 Crestway Dr
San Antonio, TX 78239

U.S. Small Business Administration
Little Rock Commercial Loan Servicing Ce
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

United States Trustee
615 E. Houston Street
Room 533
San Antonio, TX 78205

UNITEDHEALTHCARE INSURANCE CO.
DEPT. CH 10151
Chicago, IL 60055-0151

Unum
PO BOX 409548
Atlanta, GA 30384

Valadez-Ortiz, Gustavo
13311 Vista Del Avion
San Antonio, TX 78216

VALBUENA, IVAN
12345 LAMPLIGHT VILLAGE AVE
Apt. 326
Austin, TX 78758

Valdes, Dario
3002 Falling Brook
San Antonio, TX 78258

Valdez-Ramirez, Araceli
4529 Del Mar Trail
San Antonio, TX 78251

VanWinkle, Lloyd
6502 Pemwoods
San Antonio, TX 78240

Vargas, Dorothy
7727 Pipers View St
San Antonio, TX 78251

Vargas, Genevieve
9119 Crown Silver
San Antonio, TX 78254

Villanueva - Schumann, Margarita
4922 Sierra Street
San Antonio, TX 78214

Vimeo, Inc
555 West 18th Street
New York, NY 10011

Vineyard, Ann
14 Inwood Ridge Dr
San Antonio, TX 78248

Wacker, Paula
641 Rosewood Ave
Boerne, TX 78006

Wagner, Patricia
5100 John D Ryan Blvd
1705
San Antonio, TX 78245

WAGSTAFF, REBECCA
PO BOX 756
Zanesville, OH 43701

Wajima, Makoto
508 Antler Dr
San Antonio, TX 78213

Waldgeir, Mel
62 Spring Lake Dr
San Antonio, TX 78248

Waller, Clifford
PO Box 12349
San Antonio, TX 78212

Walsh, John
330 Cave Ln
San Antonio, TX 78209

Walter, Gary & Peggy
3214 Whisper Bells ST
San Antonio, TX 78230

Walters, John
111 Paddington Way
San Antonio, TX 78209

Wampler, Susan
88 Westcourt Lane
San Antonio, TX 78257-1372

Ward, Barbara
7887 Broadway
Apt. 801
San Antonio, TX 78209

Waterman, Marjory
7753 Pimlico Ln
Fair Oaks Ranch, TX 78015

Watson, Carolyn
3826 River Falls
San Antonio, TX 78259

Watson, Stephen
1462 Hargis Creek Trl
Austin, TX 78717

Wayland, Randi
126 Bedingfeld Dr.
Shavano Park, TX 78231

WEINBLATT, ALAN
11819 Elmscourt
San Antonio, TX 78230

Weinstein, Ellen
16 Inverness Blvd
San Antonio, TX 78230

Weisman, Thomas
15228 Pebble Path
San Antonio, TX 78232

Weiss, Phillip
1144 Pinnacle Falls
San Antonio, TX 78260

Welch, Jane
13803 Bluff Ln
San Antonio, TX 78216

Wells, Charlotte
3113 McHenry Dr
San Antonio, TX 78239

Wells, Joan
3247 Swandale Dr
San Antonio, TX 78230-4439

Westbrook, Clyde
3 Robita St
Houston, TX 77019

Wetesnik, Charles
3635 Hunters Dream
San Antonio, TX 78230

Wheeler, Jennifer
211 Eugene Sasser
San Antonio, TX 78260

Wheeler, Sylvia
PO Box 40366
San Antonio, TX 78229

White, Kevin
308 Sagecrest Drive
Hollywood Park, TX 78232

Whitley, Sandra
19214 Heather Forest
San Antonio, TX 78258

WHITLOW, CATHY
149 BrynMawr Dr
San Antonio, TX 78209

Wiederhold, Margaret
325 Cedar St
San Antonio, TX 78210

Wilkerson, Lynne
510 Mary Louise Dr
San Antonio, TX 78201

William Morris Endeavor Entertainment LLC
9601 Wilshire Blvd
3rd Floor
Beverly Hills, CA 90210

Williams, David
105 Chimney Rock Lane
San Antonio, TX 78231

Williams, Janet
133 Crofton Ave
San Antonio, TX 78210

Williams, Jeff
8511 Upton
San Antonio, TX 78254

Williams, Meaghan
725 College Blvd
San Antonio, TX 78209

Williams, Neil
9519 Brook Green
San Antonio, TX 78250

Willix, Robert
162 Alabaster
Universal City, TX 78148

Wiygul, Harriet
614 W Mistletoe
San Antonio, TX 78212

Worthy, Rita
2006 Kenilworth Blvd
San Antonio, TX 78209

Wright, Mark
200 Patterson Ave
Apt 514
San Antonio, TX 78209

Yaeger, Judy
258 E Rosewood Ave
San Antonio, TX 78212

Yates, Maria
6127 Crescent Falls
Windcrest, TX 78239

Young, Melanie
9014 Wickfield St
San Antonio, TX 78217

Zachary, Robert
21 Lynn Batts Lane
Ste 11
San Antonio, TX 78218

Zeitz, James
5433 Gary Cooper
San Antonio, TX 78240

ZENITH INSURANCE COMPANY
4415 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

Zocchi, Joseph
19423 Desert Oak
San Antonio, TX 78258

Zoeller, Jerome
PO Box 15538
San Antonio, TX 78212

Zuflacht, Marta
27 Old Fredericksburg Road
Boerne, TX 78015-8316