**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 22, 2023.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50656-mmp |
| SYMPHONY SOCIETY OF SAN ANTONIO | § | CHAPTER 7 PROCEEDING |
| DEBTOR | § | |

ORDER AUTHORIZING SUPPLEMENTAL
APPLICATION TO EMPLOY ADKF, P.C., CPA, FOR A LIMITED PURPOSE
AND PAYMENT OF ADKF, P.C., CPA

On the day this Order was signed, came for consideration the Supplemental Application to Employ ADKF, P.C., for a Limited Purpose and Payment of ADKF, P.C., CPA, as per the Supplemental Application to Employ for a Limited Purpose and Payment of same, as the authorized CPA for the Trustee, for a fee of $1033.75, in regards to recovering ERC refund and consulting with the Trustee regarding the ERC refund, as an Administrative Cost of the Bankruptcy Estate. The Court, after giving due consideration to the Application of the Trustee, is of the opinion that the Application has merit and should be GRANTED. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is hereby authorized to pay ADKF, P.C., CPA, $1033.75, for services rendered, in regards to recovering ERC refund and consulting with the Trustee regarding the ERC refund, once the Court approves both this Supplemental Application and the Final Fee Application filed 1/24/23, docket no. 78, on behalf of the bankruptcy estate.

### #

RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com